# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:04CR00009-001 |
| v. | ) | **FINAL ORDER** |
| **TRADON MARQUEZ DRAYTON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** the defendant's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255, is hereby DENIED without prejudice as successive; and a Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: November 18, 2013

/s/ James P. Jones
United States District Judge